**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

GONZALO ROMERO HERNANDEZ, an individual, and DAISY ROMERO, an individual,

      Plaintiffs,

  v.

CITY OF VALLEJO, a municipal corporation; PABLO LOPEZ, in his individual capacity as a law enforcement officer for the CITY OF VALLEJO; ROSENDO MESA, in his individual capacity as a law enforcement officer for the CITY OF VALLEJO; and DOES 1-25 in their individual capacity as law enforcement officers for the CITY OF VALLEJO, inclusive,

      Defendants.

) Case No.: 2:25-cv-00900 CSK
)
)
) **STIPULATION AND [PROPOSED]**
) **ORDER TO AMEND SCHEDULING**
) **ORDER**
)
)
)
)
)
)
)
)
) **Honorable Chi Soo Kim**
)

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on October 22, 2025, the court set pre-trial and trial deadlines in this matter, with Fact Discovery closing on August 28, 2026. (Dkt. No. 23);

WHEREAS, Defendants filed two, back-to-back, Motions to Dismiss, which resulted in

STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER - 1

the court directing Plaintiffs to file their Third Amended Complaint by February 24, 2026, and Defendants to file their Answer by March 10, 2026. (Dkt. 32)

WHEREAS, counsel for the Parties did not begin conducting fact discovery due to the pending Motions to Dismiss, which impacted the scope of discovery;

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's scheduling order be amended accordingly:

| Event | Current Deadline (Dkt. 23) | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery: | August 26, 2026 | February 19, 2027 |
| Expert Witness Disclosure: | October 2, 2026 | April 9, 2027 |
| Dispositive Motion Filing | January 19, 2027 | July 9, 2027 |
| Summary Judgment Hearing | February 23, 2026 | August 31, 2027 |
| Pre-trial Conference | June 14, 2027 | October 29, 2027 |
| Jury Trial | July 19, 2027 | January 17, 2028 |

IT IS SO STIPULATED.

Dated: March 11, 2026                                  NOLD LAW

                                                  By:    /s/ Melissa Nold
                                                         Melissa Nold
                                                         Attorney for Plaintiffs

Dated: March 11, 2026                                  CITY OF VALLEJO

                                                  By:    /s/ Hampton Jackson
                                                         Hampton Jackson
                                                         Attorney for Defendants

## MODIFIED ORDER

Good cause showing, the parties' stipulation to modify the Pretrial Scheduling Order is GRANTED as MODIFIED. All other requirements set forth in the Pretrial Scheduling Order remain in place. (ECF No. 24.) IT IS SO ORDERED.

| Event | Current Deadline (Dkt. 23) | New Deadline |
|---|---|---|
| Close of Fact Discovery: | August 26, 2026 | February 19, 2027 |
| Expert Witness Disclosure: | October 2, 2026 | April 9, 2027 |
| Dispositive Motion Filing | January 19, 2027 | July 6, 2027 |
| Summary Judgment Hearing | February 23, 2026 | August 31, 2027 |
| Final Pre-trial Conference | June 14, 2027 | Monday, December 6, 2027 at 10:00 am |
| Jury Trial (7-10 days) | July 19, 2027 | February 28, 2028 |

DATE:  April 2, 2026

_____
Honorable Chi Soo Kim
United States Magistrate Judge